Doc #1

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 1:21-mj- 30-AJ
)
THE PREMISES LOCATED AT 108 HOWARD ST, APT )
2, KEENE, NH, AND THE PERSON OF JASON RIDDLE )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Please see attachment A.

located in the _____ District of _____New Hampshire_____, there is now concealed *(identify the person or describe the property to be seized):*
Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | |

PLEASE SEE ATTACHMENT OF OFFENSES

The application is based on these facts:
Please see attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Shayne Tongbua
_____
*Applicant's signature*

S.A. Shayne Tongbua, Federal Bureau of Investigation
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
~~Telephonic conference~~ *(specify reliable electronic means).*

Date: ___02/08/2021___

City and state: Concord, New Hampshire

*Andrea K. Johnstone*
_____
*Judge's signature*

Hon. Andrea K. Johnstone, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 108 HOWARD ST, APT 2, KEENE, NH, AND THE PERSON OF JASON RIDDLE** | Case No. 1:21-mj- 30-AJ <br><br> **Filed Under Seal – Level II** |

## CODE SECTIONS AND OFFENSE DESCRIPTIONS CONTINUED FROM

## WARRANT APPLICATION

1. 18 U.S.C. §§ 231(a)(3) – Certain Acts During Civil Disorder

2. 18 U.S.C. § 1752(a) – Unlawful Entry

3. 18 U.S.C. § 2101 – Travel with Intent to Riot

4. 18 U.S.C. § 641 – Theft of Government Property

5. 40 U.S.C. § 5104(e)(2) – Unlawful Activity in the Capitol